**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Jordan, et al., | No. CV-22-00127-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Kempton Chevrolet Buick Limited, | |
| Defendant. | |

On March 29, 2022, Defendant was served with this lawsuit. (Doc. 7.) On June 16, 2022, the Clerk of Court entered default against Defendant. (Doc. 9.) On June 17, 2022, Defendant filed an answer. (Doc. 10.)

Because Defendant is in default, Defendant must seek to set aside its default before it may defend this action. Fed. R. Civ. P. 55(c); *TCI Grp. Life Ins. V. Knoebber*, 244 F.3d 691, 696 (9th Cir. 2001) (listing the three factors courts consider in setting aside an entry of default for good cause). If Defendant establishes good cause for its default, the Court will proceed to a scheduling conference. If Defendant does not set aside its default, however, Plaintiffs may proceed to default judgment.

**IT IS ORDERED** that Defendant may file a motion to set aside its default on or before **July 5, 2022.**

Dated this 21st day of June, 2022.

Honorable Jennifer G. Zipps
United States District Judge